## UNTITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## FOURTH DIVISION

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | **Court File No. 08-871 (PAM-JSM)** |
| Loc Huu Huynh, | ) |  |
| Plaintiff, | ) |  |
|  | ) | STIPULATION OF DISMISSAL |
|  | ) | WITH PREJUDICE AND ORDER |
| v. | ) |  |
|  | ) |  |
| B.J. Robichaud and Robichaud | ) |  |
| & Anderson, P.A. | ) |  |

**THE ABOVE ENTITLED MATTER,** together with all claims, counterclaims and cross-claims, are hereby dismissed with prejudice and on the merits, but without costs to any party by and through the respective undersigned counsel.

Dated: December 30, 2008            **CLAPP & ERICKSON**

s/Donald G. Clapp_____
Donald G. Clapp   (#17000)
332 Minnesota Street,
Suite W-1710
St. Paul, MN 55101
651-223-8100
*Attorneys for Defendants*

**JONES SATRE & WEIMER PLLC**

Dated: December 31, 2008                s/Eric D. Satre
                                                                  Eric D. Satre (MN Atty. Id. No.: 183015)
                                                                  820 Wells Fargo Plaza
                                                                  7900 Xerxes Avenue S
                                                                  Bloomington, MN 55431
                                                                  952.820.8400

                                                                  Attorney for Plaintiff

## ORDER FOR JUDGMENT

**Upon the foregoing Stipulation,** the above-entitled matter is dismissed with prejudice and on the merits, without costs to any party herein.

                                                                  **BY THE COURT:**

Dated: January 7, 2008                 s/Paul A. Magnuson
                                                                 Judge of District Court